Same case below, 344 Fed. Appx. 285.

**No. 09-8225. Carlos Peralta, Petitioner v. United States.**

561 U.S. 1009, 130 S. Ct. 3456, 177 L. Ed. 2d 1062, 2010 U.S. LEXIS 5030.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 345 Fed. Appx. 794.

**No. 09-8245. Albert Castro, Petitioner v. United States.**

561 U.S. 1009, 130 S. Ct. 3457, 177 L. Ed. 2d 1062, 2010 U.S. LEXIS 5047.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 345 Fed. Appx. 846.

**No. 09-8249. Patrick Fitzgerald Porter, Petitioner v. United States.**

561 U.S. 1009, 130 S. Ct. 3457, 177 L. Ed. 2d 1062, 2010 U.S. LEXIS 5135.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8297. Edgar Clark, Petitioner v. United States.**

561 U.S. 1010, 130 S. Ct. 3457, 177 L. Ed. 2d 1062, 2010 U.S. LEXIS 5172.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 346 Fed. Appx. 428.

**No. 09-8566. Darrin W. Caldwell, Petitioner v. United States.**

561 U.S. 1010, 130 S. Ct. 3457, 177 L. Ed. 2d 1062, 2010 U.S. LEXIS 5063.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 105.

**No. 09-8585. Raymond F. Pitts, aka Lonnie Sanders, Petitioner v. United States.**

561 U.S. 1010, 130 S. Ct. 3458, 177 L. Ed. 2d 1062, 2010 U.S. LEXIS 4999.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 348 Fed. Appx. 174.

**No. 09-8616. Haniff Ishmael, Petitioner v. United States.**

561 U.S. 1010, 130 S. Ct. 3458, 177 L. Ed. 2d 1062, 2010 U.S. LEXIS 5163.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 347 Fed. Appx. 539.